**STATE v. BARNES**

[347 N.C. 350 (1997)]

STATE OF NORTH CAROLINA v. CATHY ANN MILLS BARNES AND
DONALD RAY HOOKS

No. 66A97

(Filed 7 November 1997)

Appeal by defendants pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 125 N.C. App. 75, 479 S.E.2d 236 (1997), finding no error in a trial that resulted in judgments entered by Rousseau, J., on 30 January 1996 in Superior Court, Guilford County, sentencing defendants to active prison sentences upon their convictions by a jury of robbery with a dangerous weapon. On 8 May 1997, the Supreme Court retained defendants' notice of appeal as to a substantial constitutional question pursuant to N.C.G.S. § 7A-30(1) and allowed discretionary review of an additional issue. Heard in the Supreme Court 15 October 1997.

*Michael F. Easley, Attorney General, by Sueanna P. Sumpter, Assistant Attorney General, for the State.*

*John Bryson for defendant-appellants.*

PER CURIAM.

AFFIRMED.